In the Matter of Supplementary Proceedings: PHILIP SASLOV, Respondent, v. LOUIS SAUL, Appellant.— Order adjudging appellant guilty of contempt of court reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The proof in the record is insufficient to sustain the finding that the appellant willfully abandoned the examination in supplementary proceedings, or willfully disobeyed any order of the court or judge, so as to defeat, impede, impair or prejudice any right or remedy of the plaintiff respondent; and hence the order adjudging him guilty of contempt and fining him two hundred and fifty dollars was erroneous. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

MARY MAGGIO, an Infant, by Her Guardian ad Litem, JOSEPH P. MAGGIO, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. — Judgment reversed upon the law, and new trial granted, costs to abide the event. We think that, from the evidence in this case, it was for the jury to say whether the slide from which the plaintiff fell and was injured was properly constructed so as to afford proper protection from injury to children using it, and also whether the defendant should not have had someone in attendance to supervise its use by the children and to guard them from injury. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

BERTHOLD NAGY, Respondent, v. ARCAS BRASS & IRON COMPANY, INC., Appellant.— Order staying defendant from proceeding with its defense to Municipal Court action until costs, taxed in arbitration proceedings, be paid, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The action in which the order was made was not pending in the Supreme Court. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

EDWARD J. ENTHOVEN, Respondent, v. MALBA ESTATES CORPORATION, Appellant.— Order denying motion to vacate notice of examination before trial and service of subpoena, and granting plaintiff's motion to resettle order of November 12, 1926, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

HAZEL GREEN, Appellant, v. SAMUEL E. GREEN, Respondent.— Order reducing alimony affirmed, with ten dollars costs and disbursements. This action was begun in April, 1925. The order here appealed from was made in November, 1925. It presents another example of the delay we so often find in this class of cases. The case should have been tried long ago. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.